UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Kitanya Williams, Probation

FROM: Judge Peter J. Messitte

RE: United States v. Marc Corey Williams
No. 23-cr-171

DATE: July 26, 2024

\* \* \*

The Court has received Mr. Williams' letter requesting that a Public Defender be appointed to help him file a motion for early termination of supervised release (ECF No. 2).

The Court notes that, in the Western District of Texas, Mr. Williams received a sentence for 180 months imprisonment, to be followed by five years of supervised release. Supervised release commenced on September 15, 2022, and is set to end on September 14, 2027. Several mandatory, standard, and special conditions were imposed at sentencing.

Given Mr. Williams' request for a Public Defender, the Court would like to hear from Probation, particularly Ms. Kitanya Williams. As promptly as possible, Ms. Williams is directed to submit to the Court a written report as to (1) whether Mr. Williams has satisfactorily complied with the terms of his supervised release since September 15, 2022; as well as (2) her position with respect to Mr. Williams' request.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Marc Corey Williams

1